BANK OF NEW YORK, TRUSTEE, APPELLEE, *v.* BLANTON, APPELLANT.

[Cite as *Bank of New York v. Blanton*, 134
Ohio St.3d 368, 2012-Ohio-5498.]

(No. 2012–0897—Submitted December 4, 2012—Decided December 5, 2012.)

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Manley Deas Kochalski, L.L.C., and Edward Kochalski, for appellee.

Andrew M. Engel, for appellant, James Blanton.